| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 18, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JESUS RODRIGUEZ,<br><br>　　　　　Defendant. | Case No.  2:23-mj-00140-CKD<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESUS RODRIGUEZ, Case No. 2:23-mj-00140-CKD, Charge 21 U.S.C. § 846, from custody for the following reasons:

_____　Release on Personal Recognizance

　X 　Bail Posted in the Sum of $ 50,000.00.

　　　X 　Unsecured Appearance Bond $ 50,000.00.

　　　_____　Appearance Bond with 10% Deposit

　　　_____　Appearance Bond with Surety

　　　_____　Corporate Surety Bail Bond

　　　X 　(Other): The release of the defendant is ordered STAYED until 9:00 a.m. on Monday, October 23, 2023.

Sacramento County Jail is further ORDERED to release the defendant with a

　X 　30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 18, 2023 at 3:05 p.m.

　　　　　　　　　　　　　　　　　　　By:  _/s/ Jeremy Peterson_____
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Jeremy D. Peterson